**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:20-CV-715-BJB-CHL**

**PRINCETON T. BROWN**                                          **PLAINTIFF**

**v.**

**LOUISVILLE/JEFFERSON**
**COUNTY METRO**
**GOVERNMENT,** *et al.*                                         **DEFENDANTS**

*ELECTRONICALLY FILED*

<u>**JOINT REPORT OF PARTIES' RULE 26(f) PLANNING MEETING**</u>

Come now the Plaintiff and Defendants, jointly, by their respective counsel, and pursuant to FRCP 26(f) and the Court's Order of January 18, 2022 (DN 13), hereby provide their report of their planning meeting:

1.      Counsel for the parties conferred via telephone on January 27, 2022.  The parties circulated this proposed litigation plan by email among all counsel and all counsel have agreed to the proposed discovery plan.

2.      The parties anticipate the need for discovery on the issues of liability and damages related to any claims that remain pending after decisions on dispositive motions. The parties expect that written discovery, production of documents, and depositions of parties and witnesses will be necessary.  The parties propose and ask the Court to establish the following deadlines:

      A.      Initial disclosures – Parties will serve their Rule 26(a)(1) initial disclosures on or before February 25, 2022;

B.      Fact Discovery Deadline – October 14, 2022.  The parties agree to enlarge the number of interrogatories allowable under the Rules of Civil Procedure to include an additional 15 interrogatories;

C.      Rule 26(a)(2) Disclosure Deadline –

For Plaintiffs:      December 9, 2022;

For Defendant:      February 3, 2023;

D.      Expert Discovery Deadline – March 10, 2023;

E.      Dispositive Motion Deadline – April 7, 2023;

F.      *Daubert* Motion Deadline – April 7, 2023.

4.      Other items –

A.      Deadline for joinder of additional parties and amendment of pleadings –

For Plaintiffs:      October 14, 2022;

For Defendant:      November 14, 2022.

B.      Rule 26(e) supplementations Due by August 1, 2022.

C.      The parties do not agree to the referral of this matter for all purposes to the United States Magistrate Judge.

5.      Anticipated readiness for trial and length – This case should be ready for trial by January 2024 and, at this time, is expected to take approximately 4 days.

Respectfully Submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Susan K. Rivera
Susan K. Rivera
Andrew Miller
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
PHONE: (502) 574-3076
FAX: (502) 574-5573
EMAIL: susan.rivera@louisvilleky.gov
*COUNSEL FOR DEFENDANTS*

And

/s/ David Ross Johnson, *by permission*
David Ross Johnson
The Law Office of David Ross Johnson, PLLC
821 S. Second Street
Louisville, KY 40203
Email: louisvillecounselor@gmail.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed the above on February 10, 2022 using the Court's CM/ECF system which will send copies to the counsel of record.

/s/ Susan K. Rivera
*Counsel for Defendants*